UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-394-BR
(3:08-cr-93-BR-2)

| | |
|---|---|
| DAVID A. HAGEN, | ) |
| Petitioner, | ) |
| v. | ) **O R D E R** |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**THIS MATTER** is before the Court on the Government's motions for an extension of time to file its response to Petitioner's motion to vacate and for leave to file its response to Petitioner's motion to vacate out of time. For the reasons stated in the motions, the Court finds that good cause exists to grant the requests.

**IT IS, THEREFORE, ORDERED** that:

1. The Government's motion for an extension of time is **ALLOWED**. (Doc. No. 18).

2. The Government's motion for leave to file out of time is **ALLOWED**. (Doc. No. 21).

3. The Government's response and motion for summary judgment, (Doc. Nos. 20 & 22), are deemed timely filed.

This 16 January 2014.

                                          W. Earl Britt
                                          Senior U.S. District Judge